# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

159808

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

TONEY GOVNER DICKEY,
   Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159808
COA: 348113
Monroe CC: 08-036625-FH

_____/

   By order of December 23, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the May 1, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



Clerk

b0323